An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62026

**FILED**

JUL 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a petition for a writ of prohibition.[1] Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

In his September 6, 2012, petition for a writ of prohibition, appellant claimed that the trial court judge lacked jurisdiction to deny him standby counsel at trial because a previous judge had ordered that appellant be provided with standby counsel. Appellant failed to demonstrate that this claim implicated the jurisdiction of the courts. Nev. Const. art. 6, § 6; NRS 171.010; NRS 34.320. Further, a writ of prohibition was an improper vehicle to raise this challenge because

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21658

appellant was not requesting the writ be issued to an inferior court. NRS 34.330. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:   Hon. Jennifer P. Togliatti, District Judge
Percy Lavae Bacon
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[2]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.